No. 11–6460.  WASHINGTON ET VIR v. LOUISIANA ET AL.  C. A. 5th Cir.  Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* granted, and the order entered November 28, 2011, [*ante*, p. 1056] is vacated.

Petitioners are allowed until March 13, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.